188 So. 691
**MARYLAND CASUALTY CO. v. Henry CARTER.**

4 Div. 85.

Supreme Court of Alabama.

May 4, 1939.

Wilkerson & Brannen, of Troy, for appellant.

Walters & Walters, of Troy, for appellee.

KNIGHT, Justice.

This cause was submitted along with the case of Maryland Casualty Company v. Dink Matthews, ante, p. 650, 188 So. 688,

and involves the same pleadings and facts, mutato nomine.

Upon the authority of Maryland Casualty Company v. Dink Matthews, supra, the decree of the circuit court is reversed, and a decree here rendered denying relief to complainant, and dismissing the bill.

Reversed and rendered.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.